**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PT
F. #2015R00747

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 5, 2016

By Hand and ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Rafael Callejas
Criminal Docket No. 15-CR-252 (RJD)

Dear Judge Dearie:

On March 28, 2016, defendant Rafael Callejas pleaded guilty to counts one and thirty-one of the superseding indictment in the above-listed case. The plea was taken by Magistrate Judge Robert M. Levy. Copies of the following materials are attached to the hand-delivered copy of this letter for the Court's reference: a copy of the executed the plea agreement (Exhibit 1); a transcript of the defendant's guilty plea (Exhibit 2); and a preliminary order of forfeiture (Exhibit 3). The government respectfully requests that the Court accept the defendant's guilty plea. The government has enclosed a proposed order as Exhibit 4.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/
Paul Tuchmann
Assistant U.S. Attorney
(718) 254-6294

Enclosures (by hand)