# RETURETA & WASSEM, P.L.L.C.

ATTORNEYS AT LAW
300 NEW JERSEY AVENUE, NW ~ SUITE 900
WASHINGTON, D.C. 20001
WWW.RETURETAWASSEM.COM

MANUEL J. RETURETA, ESQ. (DC)                                    (202) 450-6119
LEIGH ANNE WASSEM, ESQ. (MD)                                 FAX: (202) 347-0130

May 15, 2019

The Honorable Pamela K. Chen
United States District Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Rafael Callejas,* **15-252 (Def. #17) (PKC)(RML)**
**Final Request for Adjournment of Sentencing Date**

Dear Judge Chen:

The parties respectfully request that the sentencing control date for defendant Rafael Callejas, currently set for May 17, 2019, be adjourned to Tuesday, June 18, 2019, at 10:30 a.m., for a sentencing hearing. Government counsel has been consulted and does not object to this request.

Thank you for your time and attention.

Respectfully submitted,

*[signature]*

Manuel J. Retureta, Esq.


cc: All Parties via ECF