# EXHIBIT LIST OF LETTERS

| | | |
|---|---|---|
| Exhibit 1. | | Juliane Aguilar |
| Exhibit 2. | | Mario Aguilar |
| Exhibit 3. | | Estela Alvarez |
| Exhibit 4. | | Felicito Avila |
| Exhibit 5. | | Blind Rehabilitation Board |
| Exhibit 6. | | Lidia Callejas |
| Exhibit 7. | | Paola Callejas |
| Exhibit 8. | | Roberto Cantero |
| Exhibit 9. | | Catholic University |
| Exhibit 10. | | Victorina Corletto |
| Exhibit 11. | | Ramon Custodio |
| Exhibit 12. | | Education Foundation |
| Exhibit 13. | | Ana Lucia Fiefil |
| Exhibit 14. | | Fernando Gaborit |
| Exhibit 15. | | Mariano Gonzalez |
| Exhibit 16. | | Martha Kaemper |
| Exhibit 17. | | Astrid Kamper |
| Exhibit 18. | | Dagmar Kamper |
| Exhibit 19. | | Rene Lopez Rodezno |
| Exhibit 20. | | Marco Antonio Posada |
| Exhibit 21. | | Sonia Ramirez Tedeschi |
| Exhibit 22. | | Yony Rivera |
| Exhibit 23. | | Dorian Romero Acosta |
| Exhibit 24. | | Julian Salinas |
| Exhibit 25. | | Hector Sandoval |
| Exhibit 26. | | University – Central American Tech |
| Exhibit 27. | | Mario Zapata |