# Retureta & Wassem, P.L.L.C.

Attorneys at Law
300 New Jersey Avenue, NW ~ Suite 900
Washington, D.C. 20001
WWW.RETURETAWASSEM.COM

Manuel J. Retureta, Esq. (DC)　　　　　　　　　　　　　　　　　　　　　　(202) 450-6119
Leigh Anne Wassem, Esq. (MD)　　　　　　　　　　　　　　　　　　　　Fax: (202) 347-0130

June 15, 2019

The Honorable Pamela K. Chen
United States District Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  *United States v. Rafael Callejas,* 15-252 (Def. #17) (PKC)(RML)
　　　Adjournment of Sentencing Date**

Dear Judge Chen:

The parties respectfully request that the sentencing date for defendant Rafael Callejas, currently set for June 18, 2019, be adjourned. Government counsel has been consulted and does not object to this request. Furthermore, we respectfully request permission to contact chambers and select a suitable new hearing date.

Thank you for your time and attention.

Respectfully submitted,

*[signature]*

Manuel J. Retureta, Esq.

cc:  All Parties via ECF