# Retureta & Wassem, P.L.L.C.

Attorneys at Law
300 New Jersey Avenue, NW ~ Suite 900
Washington, D.C. 20001
[www.returetawassem.com](www.returetawassem.com)

Manuel J. Retureta, Esq. (DC)　　　　　　　　　　　　　　　　　　　　　(202) 450-6119
Leigh Anne Wassem, Esq. (MD)　　　　　　　　　　　　　　　　　　　　Fax: (202) 347-0130

September 25, 2019

The Honorable Pamela K. Chen
United States District Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**　*United States v. Rafael Callejas,* **15-252 (Def. #17) (PKC)(RML)**
　　　**Adjournment of Sentencing Date**

Dear Judge Chen:

The parties respectfully request that the sentencing date for defendant Rafael Callejas, currently set for October 2, 2019, be adjourned. Government counsel has been consulted and does not object to this request. It is suggested that a new sentencing date be scheduled for early 2020.

Thank you for your time and attention.

Respectfully submitted,

Manuel J. Retureta, Esq.


cc: All Parties via ECF